LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| DARLENE D. YOUNG-SMITH, | ) | No. EDCV 14 - 00179 PLA |
| Plaintiff, | ) | ORDER AWARDING EAJA FEES |
| v. | ) | |
| CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security, | ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($1,400.00) subject to the terms of the stipulation.

DATE: November 26, 2014

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-